AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado ☑

ELLEN LARSON, individually and on behalf of all others similarly situated,

*Plaintiff(s)*

v.

THE ALIERA COMPANIES, INC., a Delaware corporation; ALIERA HEALTHCARE, INC., a Delaware corporation; TRINITY HEALTHSHARE, INC., a Delaware corporation,

*Defendant(s)*

Civil Action No. 1:20-cv-00102-DDD-KMT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

THE ALIERA COMPANIES, INC.
c/o The Corporation Trust Company, its registered agent Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801
302-658-7581

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Richard E. Spoonemore and Eleanor Hamburger
SIRIANNI YOUTZ SPOONEMORE HAMBURGER PLLC
3101 Western Avenue, Suite 350, Seattle, WA 98121
Tel.: (206) 223-0303
Email: rick@sylaw.com
Email: ele@sylaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/15/2020

s/A. Thomas, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-VB-00102-DDD-KMT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* THE ALIERA COMPANIES, INC.
was received by me on *(date)* 02/05/2020

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* AMY MCLAREN (MANAGING AGENT), who is
designated by law to accept service of process on behalf of *(name of organization)* THE ALIERA COMPANIES, INC.
C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE STREET, WILMINGTON, DE 19801 on *(date)* 02/05/2020 AT 12:30 PM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 02/05/2020

*Server's signature*

DENORRIS BRITT      PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS, LTD, PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information regarding attempted service, etc:

SERVED SUMMONS; COMPLAINT WITH APPENDICES A-N; CIVIL COVER SHEET; NOTICE OF JUDICIAL ASSIGNMENT; CONSENT TO MAGISTRATE FORM; NOTICE OF APPEARANCE OF HAMBURGER; NOTICE OF APPEARANCE OF SPOONEMORE; ORDER REFERRING CASE TO MAGISTRATE

SWORN TO ME ON 02/05/2020

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020